■ STATE OF NEW YORK, Respondent, v MARTIN HERZOG et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered on February 8, 1989, unanimously affirmed, for the reasons stated by Herman Cahn, J., without costs and without disbursements. The order of this court entered on July 19, 1990 [163 AD2d 256] is hereby recalled and vacated. Concur—Murphy, P. J., Asch, Kassal and Rubin, JJ.

■ STEVENS G. NICHOLSON, Respondent, v SAMUEL J. LURIE, Appellant.—Judgment, Supreme Court, New York County (Shirley Fingerhood, J.), entered on or about April 6, 1989, unanimously affirmed, for the reasons stated by Shirley Fingerhood, J., without costs and without disbursements. Concur —Kupferman, J. P., Carro, Asch and Smith, JJ.